United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL MEDINA, et al, ) | Case No.: C 12-2596 PSG |
| ) | |
| Plaintiffs, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| REPUBLIC SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than April 12, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, April 23, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: February 13, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER